

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-82,070-01

### EX PARTE DUSTIN MICHAEL APLAND, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 42,377-B-H-1 IN THE 124TH DISTRICT COURT
### GREGG COUNTY

**KEASLER, J., filed a dissenting opinion, in which KELLER, P.J., and HERVEY, J., joined.**

### DISSENTING OPINION

For the reasons stated in my concurring opinion in *Ex parte Knight*,[1] I would deny

Dustin Apland's application for a writ of habeas corpus. In *Ex parte Townsend*, this Court

held that an applicant is unable to attack a cumulation order for the first time in a post-

conviction habeas corpus proceeding.[2] By expressly waiving his right to appeal, Apland not

only waived his right to a direct appeal, but waived his ability to seek habeas relief based on

---

[1] 401 S.W.3d 60, 67 (Tex. Crim. App. 2013) (Keasler, J., concurring).

[2] 137 S.W.3d 79, 81 (Tex. Crim. App. 2004).

those claims that could have been asserted on direct appeal.  I would accordingly deny the application.

FILED: December 10, 2014

DO NOT PUBLISH